UNITED STATES DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff/Respondent | ) | |
| V. | ) | Crim. No. 5:11-CR-00353-M-1 |
| | ) | |
| TREVOR REED | ) | This follows the holding in US v. Kis |
| Defendant/Petitioner | ) | 658 F.2d 56 (7th Cir. 1981) |
| | ) | Verified, must be taken as true |

RESPONSE TO ACTIONS OF THE COURT AND GOVERNMENT

It has been established by affidavit, submitted in this court that the government and

the alleged attorney violated the 5th (Due Process) and the Sixth (lack of an effective

counsel) of the government. Petitioner incorporates Petitioner's Written Allocution in Lieu

of Sentencing and Petitioner's Motion for New Trial herein, as if fully set forth herein. See

Affidavits A, B, C, D, E, F, G, H and I incorporated herein.

Petitioner moves the court to take judicial notice of the Constitution of the United

States, including the 5th And 6th Amendments. A court is required to take notice of the

Constitution.

According to those amendments, and the facts presented by verified pleading and

affidavit, Petitioner's rights to a fair trial have been violated rendering the conviction

illegal and rendering structural error in the case, requiring reversal.

1

Petitioner's rights have been violated and Petitioner is now charged with restitution of which he does not owe as a matter of law. The degree of structural error in this case requires dismissal of any conviction.

Due to the importance of pending dates for reporting, we move that the court respond within 48 hours of filing this motion.

Petitioner now moves the court to dismiss the case with prejudice as a matter of law.

Respectfully submitted,

Trevor Reed

## VERIFICATION

I, Trevor Reed, certify under the penalty of perjury pursuant to 28 USC Section 1746, that the statements made herein are true and correct, that I am fully prepared to testify to those facts, and that I am over the age of the majority.

Trevor Reed

Dated: 1-14-13

2

## CERTIFICATE OF SERVICE

I, Trevor Reed certify that on this the ___14th___ day of ___January___, a true and correct copy of the foregoing was served on opposing counsel by first class mail, postage prepaid.

Trevor Reed