IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Criminal No. 11-0353 |
| v. | * Civil No. 13-746 |
| | * |
| TREVOR REED | * |

## MEMORANDUM

Trevor Reed has filed an action under Title 28 U.S.C. Section 2255. The United States has filed a motion to dismiss or for summary judgment.

I am satisfied that the United States Court of Appeals for the Fourth Circuit properly permitted Reed to appear *pro se* on his appeal in light of Reed's request that he be permitted to do so. Likewise, I am fully satisfied that Reed's trial counsel was not ineffective in any respect.

Reed received a fair trial, and this court was lenient in the sentence that it imposed upon him. Unfortunately, it appears that Reed is not willing to accept either the wrongfulness or the consequences of his conduct.

A separate order denying Reed's motion is being entered herewith.

Date: 1/21/14

_____
J. Frederick Motz
United States District Judge

1